IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | Criminal No. 12-0291-01/02/16/17/19-CR-W-GAF |
| | ) | |
| ANDRE TAYLOR, | ) | |
| HARLAN TAYLOR, | ) | |
| ERIC UNION, | ) | |
| WILLIAM BROWN and | ) | |
| VICTOR VICKERS, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT
PRETRIAL CONFERENCE

**PENDING CHARGE: Count 1:** Conspiracy to Distribute Powder Cocaine and Marijuana--Andre Taylor, Harlan Taylor, William Brown and Victor Vickers; **Count 5 and 6:** Aiding and Abetting the distribution of powder cocaine--Andre Taylor; **Count 8:** Conspiracy to commit murder for hire--Andre Taylor and Eric Union; **Count 9:** Possession of a machine gun in furtherance of a crime of violence--Andre Taylor; Allegations of Forfeiture--all of the above defendants except Eric Union.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Stefan Hughes /Lucinda Woolery
    Case Agent: Task Force Officer Mark Corbin of the FBI
    Defense: Andre Taylor--Alex McCauley (CJA)
        Harlan Taylor--Jonathan Truesdale (CJA)
        Eric Union--William Dunn (retained)
        William Brown--John Jenab (CJA)
        Victor Vickers--William Langston (CJA)

**OUTSTANDING MOTIONS**:
Motion in Limine filed by Victor Vickers (doc. #371)
Motion to Continue by Harlan Taylor (doc. #402)

Note: If newly disclosed evidence necessitates a motion in limine that motion will be filed on or before August 26 and a response filed on or before August 29, 2014.

1

**TRIAL WITNESSES**:
        Government:  22 witnesses with stipulations; 25 witnesses without stipulations
        Defendants:  Andre Taylor--no witnesses,
                Harlan Taylor--1 witness, the defendant
                Eric Union--6 witnesses, defendant may testify
                William Brown--4 witnesses, defendant may testify
                Victor Vickers--4 witnesses, defendant may testify
Note:  Each defendant reserves the right to call any witnesses identified by the government or co-defendants.

**TRIAL EXHIBITS**
        Government:  297 exhibits
        Defendants:  No exhibits in addition to those identified by the government.
Note: Defense counsel were directed to examine the transcripts of any wiretap conversations to be introduced at trial by the government and notify the government in advance of trial if there were any objections to the accuracy of the transcripts.

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
        (X) Definitely for trial as Andre Taylor, Harlan Taylor, Eric Union, and Victor Vickers;
        (X) Possibly for trial as to William Brown; (   ) Likely a plea will be worked out

**TRIAL TIME:  6 ½ -8 days**
     Government's case including jury selection:  6- 6 ½ days depending on which defendants remain at the time of trial.
      Defense case:  All defendants indicate their case will take less than ½ day except for Victor Vickers who estimates his case will take less than 1 day.

**STIPULATIONS**: The government will propose stipulations concerning two chemist reports and an ATF report on a machine gun.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**
      **Witness and Exhibit List**
      Government: Friday before the pretrial conference
      Defense: Friday before the pretrial conference
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, August 27, 2014**
      **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**:  September 2, 2014.
**IT IS SO ORDERED.**

                                            /s/ *Sarah W. Hays*
                                        SARAH W. HAYS
                                  UNITED STATES MAGISTRATE JUDGE