IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-00291-CR-W-GAF ) |
| ANDRE TAYLOR, | ) ) |
| Defendant. | ) |

### VERDICT FORM

#### COUNT ONE

We, the jury, find the Defendant, ANDRE TAYLOR, __Guilty__
(guilty/not guilty) of the crime of conspiracy to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana or five kilograms or more of cocaine, as charged under Count One of the Second Superseding Indictment.

__~~9/9/14~~ 9/10/14__  __David Hains__
DATE                          FOREPERSON

If you unanimously find Defendant Andre Taylor guilty of the above crime, have your foreperson write "guilty" in the above blank space, and place an "X" in the appropriate space or spaces below for the controlled substance you unanimously find Defendant Andre Taylor conspired to distribute. Then, have your foreperson sign and date this verdict form.

__X__ 1000 or more kilograms of marijuana
__X__ 5 or more kilograms of cocaine

__~~9/9/14~~ 9/10/14__  __David Hains__
DATE                          FOREPERSON

48

If you unanimously find Defendant Andre Taylor not guilty of the above charge, have your foreperson write "not guilty" in the above blank space. You then must consider whether Defendant Andre Taylor is guilty of conspiracy to distribute the alleged controlled substances in other amounts on the following verdict form.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether Defendant Andre Taylor is guilty of conspiracy to distribute the alleged controlled substances in other amounts on the following verdict form.

<u>LESSER-INCLUDED OFFENSES WITHIN COUNT ONE</u>

We, the jury, find the Defendant, ANDRE TAYLOR, _____
(guilty/not guilty)
of the conspiracy to distribute marijuana and/or cocaine, in the following amounts as lesser- included offenses within Count One of the Second Superseding Indictment.

If you unanimously find Defendant Andre Taylor guilty of the above lesser-included offense, have your foreperson write "guilty" in the above blank space and place an "X" in the appropriate space or spaces below for the amount of a controlled substance you unanimously find Defendant Andre Taylor conspired to distribute. If you do not find that Defendant Andre Taylor conspired to distribute any amount of one of the listed controlled substances, leave the spaces for that substance blank. Then, have your foreperson sign and date this verdict form.

If you unanimously find Defendant Andre Taylor not guilty of the crime of conspiracy to distribute any amount of any of the listed controlled substances, have your foreperson write "not guilty" in the above blank space and sign and date this verdict form.

_____ At least 100 kilograms, but less than 1000 kilograms, of marijuana
_____ Less than 100 kilograms of marijuana
_____ Some amount of cocaine

_____  _____
DATE                                    FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Case No. 12-00291-CR-W-GAF
)
ANDRE TAYLOR, )
)
        Defendant. )

## VERDICT FORM

### COUNT FIVE

We, the jury, find the Defendant, ANDRE TAYLOR, __Guilty__
(guilty/not guilty)
of the crime of aiding and abetting in the distribution of cocaine on January 5, 2012, as charged under Count Five of the Second Superseding Indictment.

__~~9/9/14~~ 9/10/14__          __David Harris__
    DATE                                                  FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-00291-CR-W-GAF |
| ANDRE TAYLOR, | ) ) ) |
| Defendant. | ) |

## VERDICT FORM

COUNT EIGHT

We, the jury, find the Defendant, ANDRE TAYLOR, __Guilty__
(guilty/not guilty)
of the crime of conspiracy to commit murder for hire, as charged under Count Eight of the Second Superseding Indictment.

__9/10/14__
DATE

__David Harris__
FOREPERSON

53

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-00291-CR-W-GAF |
| ) | |
| ANDRE TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

### COUNT NINE

We, the jury, find the Defendant, ANDRE TAYLOR, ___Guilty___
(guilty/not guilty)
of the crime of possession of a machine gun in furtherance of a crime of violence, as charged under Count Nine of the Second Superseding Indictment..

___9/10/14___  ___David Harris___
DATE  FOREPERSON

55